Elizabeth A. YOUNG, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 02–3026.

United States Court of Appeals,
Federal Circuit.

June 13, 2003.

ORDER

Petitioner having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the Petition for review is REINSTATED.

The Respondent should compute the due date for filing its brief from the date of filing of this order.

Richard C. LAVAN, Carmen Lullo,
Ronald S. Kraar, Donald Bialon,
and James Skozek, Plaintiffs,

and

Federal Deposit Insurance Corporation,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5046.

United States Court of Appeals,
Federal Circuit.

June 13, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).